UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY AND RICHARD A. WHITE, in his capacity as CEO,<br><br>    Defendants. | Civil Action No. 02-1816 (JMF) |

## ORDER

In accordance with the accompanying Memorandum, it is, hereby,

**ORDERED** that <u>Defendants' Motion for Summary Judgment</u> [#17] is **GRANTED** and the case dismissed with prejudice. It is further, hereby,

**ORDERED** that <u>Defendants' Motion in Limine [sic] and Motion to Strike Unemployment Compensation Decision</u> [#25] and <u>Plaintiff's Motion in Limine [sic]</u> [#28] are **DENIED** as moot.

   **SO ORDERED.**

_____
JOHN M. FACCIOLA
Date:        UNITED STATES MAGISTRATE JUDGE